UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

DAVIS COMMERCIAL INVESTORS, LTD;
SARA ANGELICA RUIZ; and Does 1-10,

    Defendants

Case: 2:15-CV-00441-WBS-EFB

**ORDER**

This action is hereby ordered dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 3, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE